IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF


V.                                    Civil No.13-cv-4050

REAL PROPERTY LOCATED AT:
    944 Locust
    Texarkana, Arkansas
    With all appurtenances and improvements thereon,                DEFENDANTS


## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal.  (ECF No. 91).  Plaintiff

asks the Court to dismiss its Complaint for Forfeiture In Rem without prejudice.  The Court finds

that the motion should be and hereby is **GRANTED**.  Accordingly, Plaintiff's Complaint is

hereby **DISMISSED WITHOUT PREJUDICE**

    **IT IS SO ORDERED**, this 12th day of May, 2014.


                                    /s/ Susan O. Hickey
                                    Susan O. Hickey
                                    United States District Judge